UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
v.                             )        No. 3:25-CR-58-KAC-DCP
                               )        No. 3:21-CR-04-KAC-DCP
JACQUES THRON MARCUS,          )
                               )
            Defendant.         )

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Jacques Thron Marcus's Motion to Continue Trial [*United States v. Marcus*, No. 3:25-CR-58, Doc. 28] and Motion to Continue Revocation of Supervised Release Hearing [*United States v. Marcus*, No. 3:21-CR-4, Doc. 81], both filed on March 9, 2026.

Defendant asks the Court to continue the trial date in *United States v. Marcus*, No. 3:25-CR-58, and the corresponding revocation hearing in *United States v. Marcus*, No. 3:21-CR-4. In support of his motion, Defendant states that he was set for trial in *United States v. Marcus*, 3:25-CR-58 on April 7, 2026, and was indicted on a separate matter, *United States v. Marcus*, 3:24-CR-87, which is also set for trial on April 7, 2026 [Doc. 21 ¶ 1].[1] Defendant's counsel has been involved in a good faith effort to resolve Defendant's case, but despite due diligence, additional time will be required to resolve certain issues in order to facilitate a fair and reasonable potential plea agreement [*Id.* ¶ 2]. Defendant understands that the period of time between the filing of this motion for continuance and a rescheduled court date will be fully excludable for speedy trial

---

[1]     Defendant also filed a motion to continue the trial date in his companion case, *United States v. Marcus*, 3:24-cr-87.

purposes [*Id.* ¶ 5]. Defendant's motion represents the Government has no opposition to the proposed continuance [*Id.* ¶ 4].

Based upon the information in Defendant's motions and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defense counsel needs additional time to engage in plea negotiations and prepare for trial if negotiations are not fruitful. The Court finds that all of this cannot occur before the April 7, 2026 trial date.

The Court therefore **GRANTS** Defendant Jacques Thron Marcus's Motion to Continue Trial [***United States v. Marcus*, No. 3:25-CR-58, Doc. 21**] and Motion to Continue Revocation of Supervised Release Hearing [***United States v. Marcus*, No. 3:21-CR-4, Doc. 81**]. The date for the trial and the revocation hearing is reset to **August 18, 2026**. A new, comprehensive trial schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all of the time between the filing of the motions on March 9, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, it is **ORDERED** as follows:

(1) Defendant Jacques Thron Marcus's Motion to Continue Trial [***United States v. Marcus*, No. 3:25-CR-58, Doc. 21**] and Motion to Continue Revocation of Supervised Release Hearing [***United States v. Marcus*, No. 3:21-CR-4, Doc. 81**] are **GRANTED**;

2

(2) the trial date in *United States v. Marcus*, No. 3:25-CR-58, and corresponding revocation hearing in *United States v. Marcus*, No. 3:21-CR-4, are reset to commence on **August 18, 2026, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motions on **March 9, 2026**, and the new trial date of **August 18, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **July 17, 2026**;

(5) the deadline for filing motions *in limine* is **August 3, 2026,** and responses to the motions *in limine* are due **August 10, 2026**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **August 4, 2026, at 11:30 a.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **August 7, 2026**.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge

3